928

No. 74–721. Rhodes et al., Co-Administrators v. Republic National Life Insurance Co. C. A. 9th Cir. Certiorari denied.

No. 74–725. Moretti et al. v. Ohio. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 74–727. Grant et al. v. Silvestri et al. C. C. P. A. Certiorari denied.

No. 74–734. Vaccaro v. Department of Law and Public Safety, Board of Medical Examiners. Super. Ct. N. J. Certiorari denied.

No. 74–737. Hood v. Kentucky. Ct. App. Ky. Certiorari denied.

No. 74–741. Ketchum v. New York. Ct. App. N. Y. Certiorari denied.

No. 74–745. Torrence v. Nebraska. Sup. Ct. Neb. Certiorari denied.

No. 74–747. Farver v. City of Westlake et al. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 74–756. Furnco Construction Corp. v. Batiste et al. C. A. 7th Cir. Certiorari denied.

No. 74–760. Schabatka et al. v. Illinois. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 74–761. Hawkins v. Moss, Chief Justice, Supreme Court of South Carolina, et al. C. A. 4th Cir. Certiorari denied.